Form 704-8B

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:                                      )
                                            )
WHEATON, WILLIAM DOUGLAS                    )    Case No. 10-60141 W
                                            )
                                            )
           Debtor(s)                        )    Chapter 7
                                            )

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. A distribution of less than five dollars would have been made if ordered by the Court to the following unsecured creditor in the amount of fifteen (15) cents:

   Gastroenterology Asssoicates
   121 Nationwide Drive, #A
   Lynchburg, VA 24502

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: <u>January 18, 2011</u>           By: <u>Andrew S. Goldstein, Esq.</u>

Andrew S. Goldstein, Trustee
Magee Goldstein Lasky & Sayers, PC
310 First Street, SW, Suite 1200
Roanoke, VA 24011
(540) 343-9800
Chapter 7 Trustee

MAGEE GOLDSTEIN
LASKY & SAYERS pc
ATTORNEYS

P.O. Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800